*E-Filed 11/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL HUGHES LEWIS, | No. C 11-4058 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN QUENTIN STATE PRISON, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff has failed to comply with a Court order to (1) perfect his *in forma pauperis* ("IFP") application by filing a prison trust account statement showing transactions for the last six months, or (2) pay the filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) perfecting his IFP application, or (2) paying the filing fee. Plaintiff's IFP application (Docket No. 2) is DENIED without prejudice. The Clerk shall terminate Docket No. 2, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: November 7, 2011

RICHARD SEEBORG
United States District Judge